[No. 8273-3-III. Division Three. April 5, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. GLEN KENNETH MATHEWS, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 86-1-00616-3, F. James Gavin, J., entered October 28, 1986. *Affirmed* by unpublished opinion per

Munson, J., concurred in by McInturff, C.J., and Thompson, J.